IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BLACKBIRD TECH LLC,<br>d/b/a Blackbird Technologies,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>INNOLED LIGHTING, INC.,<br><br>　　　　　　　Defendant. | :<br>:<br>:<br>:<br>:<br>:  Civil Action No. 16-972-RGA<br>:<br>:<br>:<br>: |

**CLERK'S ENTRY OF DEFAULT**

AND NOW TO WIT THIS 19th day of January, 2017, the Plaintiff Blackbird Tech LLC has filed a request for entry of default (D.I. 9).

It appearing from the request for default (D.I. 9) and the Summons Returned Executed (D.I. 5), that service was effectuated and Innoled Lighting, Inc. has not Answered or otherwise moved with respect to the Complaint.

Therefore, IT IS HEREBY ORDERED, in accordance with Federal Rule of Civil Procedure 55(a) that a default is hereby **ENTERED** against Defendant Innoled Lighting, Inc..

　　　　　　　　　　　　　　　　John A. Cerino, Clerk

　　　　　　　　　　　　　　By　*[signature]*
　　　　　　　　　　　　　　　　DEPUTY CLERK